| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | DANIEL PASTOR (CABN 297948)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234<br>daniel.pastor@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 23-CR-495-JD |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE STATUS ON APRIL 1, 2024 TO MAY 6, 2024 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM APRIL 1, 2024 THROUGH MAY 6, 2024; [PROPOSED] ORDER** |
| v. | ) ) ) | |
| KAITLYN WELDON, | ) ) | |
| Defendant. | ) ) ) | |

The United States and Defendant Kaitlyn Weldon, through their respective counsel, stipulate and respectfully request that the Court continue the status scheduled on April 1, 2024 to May 6, 2024 and that the Court exclude time for effective preparation of counsel between April 1, 2024 and May 6, 2024. The government has produced discovery to defense counsel, and defense counsel continues to review discovery with the defendant. Ms. Weldon is currently in drug treatment. The parties continue to discuss an appropriate resolution of the charges and hope to reach a negotiated disposition by the May 6, 2024 status.

IT IS SO STIPULATED.

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

| | | |
|---|---|---|
| 1 | DATED: March 27, 2024 | ISMAIL J. RAMSEY<br>United States Attorney |
| 2 | | |
| 3 | | _/s/_____<br>DANIEL PASTOR<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: March 27, 2024 | _____/s/_____ |
| 6 | | KAREN MCCONVILLE<br>Counsel for Defendant Kaitlyn Weldon |

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

**[PROPOSED] ORDER**

For the reasons stated in the parties' stipulation, the Court finds that the exclusion of time from April 1, 2024 through June 10, 2024, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant the time needed for effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The status scheduled for April 1, 2024 is continued to June 10, 2024.

IT SO ORDERED.

DATED: __March 28, 2024__



HON. JAMES DONATO

IT IS SO ORDERED AS MODIFIED
Judge James Donato

[PROPOSED] ORDER TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT